

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLIN M. FLETCHER          :          CIVIL ACTION

v.                            :

PENNSYLVANIA BOARD OF         :
PROBATION AND PAROLE                     NO. 07-2649

**ORDER**

AND NOW, this 11th day of February, 2008, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is DENIED; and

3. A certificate of appealability is not granted.

BY THE COURT:

_____
J. CURTIS JOYNER,          J.